UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RICHARD KEITH DAVIS,  )<br>)<br>Plaintiff,  )<br>)<br>VS.  )<br>)<br>MAGISTRATE JUDGE CHARLES R.  )<br>McCLURE,  )<br>)<br>Defendant.  ) | CIVIL ACTION NO.<br><br>3:12-CV-4693-G |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

February 15, 2013.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**